**Marshall BURRAGE,**
**Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**ED 104124**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: December 20, 2016

Rosalynn Koch, Columbia, for Movant/Appellant.

Richard A. Starnes, Jefferson City, for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

### ORDER

PER CURIAM.

Marshall Burrage appeals from the judgment of the motion court denying his Rule 29.15[1] motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the findings and conclusions of the motion court are not clearly erroneous. Rule

1. All rule references are to Mo. R. Crim. P.

29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

■

**R.N., Appellant,**

v.

**A.J., Respondent.**

**No. ED 104002**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: December 20, 2016

Ashely Blake Kemper, St. Louis, Missouri, J. Michael Cato, Cape Girardeau, Missouri, for Appellant

Roger P. Bernhardt, Clayton, Missouri, for Respondent

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

2015, unless otherwise indicated.